UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

                                      NO. 05-80751

v.

                                      HON. GERALD E. ROSEN

TOMMIE THOMAS,

       Defendant.
_____/

**ORDER PERMITTING CERTAIN FIREARMS TO BE
BROUGHT INTO COURTHOUSE FOR USE AS TRIAL EXHIBITS**

       This matter coming before the Court on the government's motion, for the reasons stated in the motion and pursuant to local Administrative Order 95-079, it is hereby ordered that beginning March 21, 2006, all Deputy U.S. Marshals and Court Security Officers shall permit the case agent in this case, Special Agent Federal Bureau of Investigation of Ric Huntinger, and any other special agent acting under the case agent's supervision, to bring into the Theodore Levin U.S. Courthouse the following firearm:

       Titan, .25 caliber semi-automatic handgun.

It is also ordered that the firearm shall be handled in accordance with Administrative Order 95-079, which provides in relevant part:

2. Upon arriving at the courthouse, the case agent[s] bringing with them firearms to be admitted as exhibits in a scheduled trial will announce their intentions and present th[is] court order to the Court Security Officers at the security screening posts.

3. Once notified, the Court Security Officer will escort the case agent, along with the firearms[,] into the Marshals Service office where the firearms will be inspected and secured by Supervisory Deputy United States Marshals.

4. Once the firearms are determined to be safe, the Court Security Officer and the case agent will transport the firearms to the designated courtroom where the case agent will be responsible for the security of the firearms. For the duration of the trial, it will be the responsibility of the case agent to coordinate with the Marshals Service to facilitate the transport of the firearms by Marshals Service personnel to and from the appropriate courtroom. During trial, the case agent will be responsible for the security of the firearms.

5. Once the trial is completed, th[is] court order will expire and the firearms will be removed from the courthouse by the case agent.

It is also ordered that the firearms may be stored in the U.S. Marshals Service vault during overnight and other breaks in the trial.


s/Gerald E. Rosen
Gerald E. Rosen
United States District Judge

Dated: March 16, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 16, 2006, by electronic and/or ordinary mail.

s/LaShawn R. Saulsberry
Case Manager